**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00709-REB-BNB

GAIL EVANS,

        Plaintiff,

v.

TRIDENT ASSET MANAGEMENT, L.L.C., a Georgia limited liability company,

        Defendant.

---

## JUDGMENT

---

Pursuant to the offer of judgment served March 31, 2014 and the acceptance thereof filed April 17, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Gail Evans and against the Defendant Trident Asset Management, L.L.C. in the amount of $1,251.00, in addition Plaintiff's costs and reasonable attorney's fees are to be added to the Judgment as against Defendant. Plaintiff's costs and reasonable attorney's fees are to be in an amount to be determined between the parties and added to the Judgment, or if they are unable to agree, to be determined by the Court upon Motion.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of __.10%__ from the date of entry of Judgment.

DATED at Denver, Colorado this __18th__ day of April, 2014.

JEFFREY P. COLWELL, CLERK

By: ___s/K Lyons_____
        Edward P. Butler, Deputy Clerk