**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00709-REB-BNB

GAIL EVANS,

      Plaintiff,

v.

TRIDENT ASSET MANAGEMENT, LLC, a Georgia limited liability company,

      Defendant.

---

**ORDER VACATING JUDGMENT AND
DISMISSING CASE WITH PREJUDICE**

---

**Blackburn, J.**

      The matter is before the court on the **Stipulated Motion To Vacate The Judgment and To Dismiss The Case With Prejudice** [#15][1] filed July 3, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted, that the **Judgment** [#10] entered April 18, 2014, should be vacated, and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Vacate The Judgment and To Dismiss The Case With Prejudice** [#15] filed July 3, 2014, is **GRANTED**;

      2.  That the **Judgment** [#10] entered April 18, 2014, is **VACATED**; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 7, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge